# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held **October 27, 2009**, Before Honorable Sidney B. Brooks

| | | |
|---|---|---|
| **In re:** | ) | **Bankruptcy Case No.** |
| **Denver Trucks Parts, Inc.** | ) | **09-31913 - SBB** |
| Tax ID: 41-2036764 | ) | **Chapter 7** |
| Debtor(s). | ) | |
| _____ | ) | |
| | ) | |
| **38 Walnut, LLC** | ) | |
| Movant(s) | ) | |
| v. | ) | |
| **Denver Trucks Parts, Inc.** | ) | |
| and | ) | |
| **Tom H. Connolly,** | ) | |
| Chapter 7 Trustee, | ) | |
| **Respondent(s)** | ) | |

☒ Appearances
Debtor(s):   Denver Truck Parts, Inc.            Counsel: Philipp Theune (via tel.)
Trustee:                                          Counsel:
Creditor:    38 Walnut, LLC                       Counsel: Aaron Garber
☐ No appearances

Proceedings: **Forthwith hearing regarding 38 Walnut, LLC's Motion for Relief from Automatic Stay filed October 21, 2009 (Docket #5) and Debtor's Response thereto**

☒ Entry of appearances and statements/arguments made
☒ Evidentiary[1]
☐ Witnesses sworn, as noted below, or ☐ see attached list
☐ Exhibits entered, as noted below, or ☐ see attached list
☒ **Counsel made argument and offers of proof.**

Orders:
☒ Oral findings and conclusions made of record
☒ IT IS ORDERED as follows:
1. 38 Walnut, LLC's Motion for Relief from Automatic Stay filed October 21, 2009 (Docket #5) is **GRANTED**.
2. Response(s)/Objection(s) filed by Debtor's Response thereo on (Docket #) is/are **DENIED**.
3. Counsel for 38 Walnut, LLC is to file a proposed Order including abbreviated findings and conclusions as enunciated on the record in open court.

FOR THE COURT:
*Bradford L. Bolton, Clerk*
/s/ Robert Lantz
By:  Robert Lantz, Law Clerk

---

[1] Evidentiary for statistical reporting purposes.