UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Sidney B. Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Bankruptcy Case No.** |
| **Denver Trucks Parts, Inc.** | ) | **09-31913 - SBB** |
| SS#xxx-xx-Tax ID: 41-2036764 | ) | **Chapter 7** |
| | ) | |
| Debtor(s). | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| **Movant(s)** | ) | |
| v. | ) | |
| **Denver Trucks Parts, Inc.** | ) | |
| | ) | |
| **Tom H. Connolly,** | ) | |
| Chapter 7 Trustee, | ) | |
| **Respondent(s)** | ) | |

**JUDGMENT**

THIS MATTER came before the Court on October 27, 2009, regarding's Motion for Relief from Automatic Stay filed October 21, 2009 (Docket #5) and Responses/Objections filed by Debtor's Response thereto on (Docket #). In accordance with the Order issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that's Motion for Relief from Automatic Stay filed October 21, 2009 (Docket #5) is **GRANTED**.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of 38 Walnut, LLC and against Denver Truck Parts, Inc.

Dated: October 27, 2009.   FOR THE COURT:
*Bradford L. Bolton, Clerk*
/s/ Robert Lantz
By:  Robert Lantz, Law Clerk

APPROVED AND ACCEPTED:

By: _____*Sid Brooks*_____
Sidney B. Brooks, U.S. Bankruptcy Judge