## UNITED STATES BANKRUPTCY COURT
### District of Colorado

In re:  Denver Trucks Parts, Inc. Dissolved Cor
      Debtor(s)

Case No.:  09-31913-SBB
Chapter:   7

### CERTIFICATE OF MAILING

I hereby certify that on 10/28/2009, a true and correct copy of:

Notice of Entry on Docket

was placed in the United States Mail, postage prepaid and correctly addressed to the following:

38 Walnut, LLC, 303 E 17th Ave, Suite 500, Denver, CO 80203 (intp)
Denver Trucks Parts, Inc. Dissolved Cor, 3789 Walnut St, Denver, CO 80205-2462 (db)

C. Ortega , Deputy Clerk
United States Bankruptcy Court